# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DOMINICK GALLUZZO AND ANGELA GALLUZZO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant, | Civil Action No.: 11-cv-1607 (CCC) <br><br><br> **O R D E R** |

This matter comes before the Court on Defendant United States of America's ("Defendant") motion to dismiss Plaintiffs Dominick Galluzzo and Angela Galluzzo's ("Plaintiffs") complaint for lack of subject matter jurisdiction (Docket No. 9). On May 15, 2012, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the Defendant's motion to dismiss be granted. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Dickson's Report and Recommendation, and for substantially the same reasons stated therein,

IT IS on this 30 day of May, 2012

**ORDERED** that this Court adopts Judge Dickson's May 15, 2012 Report and Recommendation and thus grants Defendant's motion to dismiss Plaintiffs' complaint.

_s/ Claire C. Cecchi_
**HON. CLAIRE C. CECCHI**
**United States District Judge**